FILED
07 DEC -5 PM 3:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3276 BTM

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| MIGUEL MATEO,<br>  aka Mortensio Constantino, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Miguel Mateo, aka Mortensio Constantino, Criminal Case No. 07CR2749-BTM.

DATED: December 5, 2007.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney