UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | Case No. 07CR3276-BTM |
| v. | ) ) | |
| | ) | CERTIFICATE OF SERVICE |
| MIGUEL MATEO, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Luella Caldito, Assistant United States Attorney Office
    880 Front Street
    San Diego, CA  92101

Dated: January 11, 2008

    /s/ Amber Baylor
**AMBER BAYLOR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org