1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE BARRY TED MOSKWITZ)**

11  UNITED STATES OF AMERICA,           ) Case No.  07cr3276-BTM
                                        )
12         Plaintiff,                   )
                                        )
13  v.                                  ) **NOTICE OF ATTORNEY APPEARANCE**
                                        )
14  **MIGUEL MATEO**,                   )
                                        )
15                                      )
           Defendant.                   )
16  _____ )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

18  R. Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel

19  in the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated: February 7, 2008              /s/   *Robert R. Henssler, Jr.*
                                        **ROBERT R. HENSSLER, JR.**
23                                      Federal Defenders of San Diego, Inc.
                                        Robert_Henssler@fd.org
24                                      Attorneys for Defendant

25

26

27

28

1        **CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that  a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9   DATED:  February 7, 2008                    */s/ Robert R. Henssler, Jr.*
                                                **ROBERT R. HENSSLER, JR.**
10                                              Federal Defenders of San Diego, Inc.
                                                Robert_Henssler@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2