AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MIGUEL MATEO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3276-BTM

I, MIGUEL MATEO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325(a) - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325(a) - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325(a) - Illegal Entry (Felony) being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 2/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Miguel Angel Mateo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER