ORIGINAL

FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3276-BTM |
|---|---|---|
| Plaintiff, | ) ) ) ) | **SUPERSEDING** **I N F O R M A T I O N** |
| v. | ) ) | Title 8, U.S.C., Sec. 1325(a) - Illegal Entry (Misdemeanor); |
| MIGUEL MATEO, | ) ) ) | Title 8, U.S.C., Sec. 1325(a) - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325(a) - |
| Defendant. | ) ) ) | Illegal Entry (Felony); |

The United States Attorney charges:

Count 1

On or about March 8, 2007, within the Southern District of California, defendant MIGUEL MATEO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325(a), a misdemeanor.

//
//
//

#### Count 2

On or about March 9, 2007, within the Southern District of California, defendant MIGUEL MATEO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325(a), a felony.

#### Count 3

On or about March 10, 2007, within the Southern District of California, defendant MIGUEL MATEO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325(a), a felony.

DATED: 2/14/08.

KAREN P. HEWITT
United States Attorney

LUELLA M. CALDITO
Assistant U.S. Attorney